1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  MORALES FREDDY,                            Case No. 1:14-cv-01007 DLB

11          Plaintiff,                         ORDER GRANTING UNITED
                                               STATES MARSHAL'S REQUEST FOR
12      v.                                     REIMBURSEMENT

13  CORDONIA, et al.,                          (Document 18)

14          Defendants.
    _____/

15

16          On June 17, 2015, the United States Marshal filed a return of service with a USM-285

17  form certifying that Defendant Condoian[1] was personally served on June 2, 2015.  The Marshal

18  also filed a request for reimbursement of the $91.88 expense incurred in effecting personal service.

19  Fed. R. Civ. P. 4(d)(2)(A).

20          On June 23, 2015, the Court provided Defendant Condoian thirty days within which to

21  show good cause for failing to waive service of process.  Fed. R. Civ. P. 4(d)(2)(A).  Defendant

22  Condoian was warned that if he (1) failed to respond to the order, or (2) responded but failed to

23  show good cause, he would be required to reimburse the United States Marshals Office $91.88 for

24  the expense incurred in effecting personal service.

25          The deadline to respond to the Court's order has passed and Defendant Condoian failed to

26  file a response.  Fed. R. Civ. P. 6(a), (d).

27  ///

28
    _____
    [1] Defendant Condoian was erroneously sued as "Cordonia."

1    Accordingly, the Court HEREBY ORDERS as follows:

2        1.      Within **fifteen (15) days** from the date of service of this order, Defendant Condoian

3    shall reimburse the Sacramento Division of the United States Marshals Office $91.88 for the

4    expense incurred in effecting personal service; and

5        2.      The Clerk's Office shall serve a courtesy copy of this order on Daniel Bietz at the

6    Sacramento Division of the United States Marshals Office.

7
     IT IS SO ORDERED.
8

9    Dated:    **August 3, 2015**                              /s/ *Dennis L. Beck*

10                                                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2