# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORALES FREDDY,<br><br>           Plaintiff,<br><br>     v.<br><br>CORDONIA, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:14-cv-01007 DLB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR PAPERWORK TO AMEND COMPLAINT<br><br>(Document 27) |

Plaintiff Morales Freddy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 27, 2014, and the action is proceeding against Defendant Condoian[1] for violation of the Eighth Amendment.

Defendant Condoian filed an answer on June 22, 2015, and the action is now in discovery. The deadline to amend pleadings is October 21, 2015.

On August 20, 2015, the Court received a motion from Plaintiff requesting "appropriate paperwork to amend" his complaint, as well as instructions on how to amend.

Plaintiff is advised that at this stage of the proceedings, where Defendant has already made an appearance, he may only amend upon leave of Court. Plaintiff must therefore file a motion to amend pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court provides the following standard for Plaintiff's review.

---

[1] Plaintiff sued Defendant as "Cordonia," though it appears that "Condoian" is the correct spelling.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id. The factor of "'[u]ndue delay by itself . . . is insufficient to justify denying a motion to amend.'" Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712-13 (9th Cir. 2001) (quoting Bowles v. Reade, 198 F.3d 752, 757-58 (9th Cir. 1999)).

IT IS SO ORDERED.

Dated:   **August 25, 2015**            /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE