# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY MORALES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CORDONIA,<br><br>　　　　　Defendant. | )  1:14cv01007 DLB PC<br>)<br>)  ORDER REQUIRING PLAINTIFF TO FILE<br>)  OPPOSITION, OR STATEMENT OF<br>)  NON-OPPOSITION, TO DEFENDANT'S<br>)  MOTION FOR SUMMARY JUDGMENT<br>)  WITHIN THIRTY (30) DAYS<br>)<br>)<br>) |

　　　　Plaintiff Freddy Morales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  This action is proceeding against Defendant Cordonia for excessive force and denial of medical care under the Eighth Amendment.

　　　　Defendant Cordonia filed a motion for summary judgment on January 19, 2016.  Plaintiff has not opposed the motion for filed a statement of non-opposition.[1]

///

///

///

///

---

[1] The motion included the required notice pursuant to Rand v. Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998).

Accordingly, Plaintiff is ORDERED to either file an opposition, or statement of non-opposition, within thirty (30) days of the date of service of this motion.  <u>Failure to do so will result in a decision on the motion without Plaintiff's input</u>.

IT IS SO ORDERED.

    Dated:   **March 18, 2016**                              /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE